FILED
2025 NOV 10 PM 2:57
CLERK
U.S. DISTRICT COURT

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Central Division

| | |
|---|---|
| Aly-Marie Orullian | ) |
| | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Case: 2:25−cv−01031<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 11/10/2025<br>Description: Orullian v. Western Governors University et al |
| -v- | ) |
| Western Governors University et al. | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aly-Marie Orullian |
| Street Address | 9298 S Mountain Iris Way |
| City and County | West Jordan, Salt Lake County |
| State and Zip Code | Utah 84081 |
| Telephone Number | 801-574-5587 |
| E-mail Address | alymariestumph@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name     <u>See "Orullian_Aly-Marie_Schedule_A_Defendants" attached</u>

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
- Family Educational Rights and Privacy Act (20 U.S.C. § 1232g)
- Federal student-record privacy regulations (34 C.F.R. Part 99)
- Federal civil-rights enforcement provisions protecting access to educational records
- United States Constitution, Fourteenth Amendment (Due Process and Equal Protection Clauses)

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.    If the plaintiff is an individual

         The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

         The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.    If the defendant is an individual

         The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The facts supporting this request are described in Attachment A – Affidavit and Emergency Motion for Preservation and Injunctive Relief, incorporated by reference.

This filing seeks emergency injunctive relief for data and evidence preservation.
Plaintiff reserves the right to amend this complaint to include claims for damages or additional violations once forensic analysis and agency investigations are complete

B.    What date and approximate time did the events giving rise to your claim(s) occur?

January 2023 – Present.
The conduct giving rise to this complaint began during Plaintiff's enrollment in the Western Governors University Pre-Licensure Nursing Program in or around January 2023 and has continued through November 2025.
During this time, Plaintiff created and submitted extensive original academic and authored materials that later showed signs of unauthorized duplication and redistribution, potentially beginning as early as 2024 and escalating by April 2025.
Confirmed evidence of cross-linked accounts, remote device management, and privacy breaches was identified in April 2025, with a formal data breach notice sent to Western Governors University on

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The facts supporting this complaint and request for injunction are set forth in Attachment A - Affidavit and Emergency Motion for Preservation and Injunction Relief, which is incorporated by reference.

In summary, I allege unauthorized synchromization and access to my personal and educational data through Western Governors University's managed-device configurations, followed by retaliation after I reported the privacy violations.

Certain files and materials that I personally authored on my private devices now appear in university-controlled systems with the ownership or metadata changed. This loss of authorship and restricted access further obstructs my ability to prove that the work originated from me. Preservation of those records is necessary to confirm original authorship and prevent further alteration.

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Without immediate court intervention, digital evidence on the managed device and related cloud accounts may be lost or destroyed, and my personal data may continue to be accessed without consent. Monetary damages cannot repair that loss.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request a Temporary Restraining Order and Preliminary Injunction as described in Attachment A, to preserve all electronic data and prevent Western Governors University or its agents from deleting, altering, or remotely accessing my personal or educational information.

I also request any further relief the Court deems just and proper including protections from school retaliation as a Pre-Licensure Nursing Student that will cause further irreparable harm for the credits and academic authenicity as a senior student.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 10, 2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Aly-Marie Orullian

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: