# Schedule A – Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

**Aly-Marie Orullian**, Plaintiff

v.

**Western Governors University, et al.**, Defendants.

---

## 1. Western Governors University

**Address:** 4001 South 700 East, Suite 700, Salt Lake City, Utah 84107

**County:** Salt Lake County

**Description:** A private, nonprofit university headquartered in Utah. WGU is responsible for the management, security, and privacy of student and employee information systems that are central to this complaint.

---

## 2. Jennifer Michaelis

**Title:** Senior Human Resources Representative / People and Talent Department

**Address:** Western Governors University, 4001 South 700 East, Suite 700, Salt Lake City, Utah 84107

**County:** Salt Lake County

**Description:** Acted in an HR capacity and communicated regarding the Plaintiff's employment status and privacy-related complaints. Named individually for participation in or oversight of the events described.

---

## 3. Emily Galbreath

**Title:** Director of Scholarships

**Address:** Western Governors University, 4001 South 700 East, Suite 700, Salt Lake City, Utah 84107

**County:** Salt Lake County

**Description:** Director over Brad Mueller within the Plaintiff's employment division. Included for supervisory knowledge and potential participation in decision-making related to access and retaliation.

---

## 4. Brad Mueller

**Title:** Scholarship Manager / Supervisor

**Address:** Western Governors University, 4001 South 700 East, Suite 700, Salt Lake City, Utah 84107

**County:** Salt Lake County

**Description:** Direct supervisor of the Plaintiff during the relevant period. Included for oversight responsibilities related to data management and employment actions.

---

## 5. Bridget Anderson

**Title:** People and Talent Business Partner / HR Representative

**Address:** Western Governors University, 4001 South 700 East, Suite 700, Salt Lake City, Utah 84107

**County:** Salt Lake County

**Description:** Served as an HR contact regarding internal complaints and personnel communication.

---

## 6. Kevin Bauman

**Title:** Information Technology Supervisor

**Address:** Western Governors University, 4001 South 700 East, Suite 700, Salt Lake City, Utah 84107

**County:** Salt Lake County

**Description:** IT supervisor referenced in internal WGU correspondence concerning device management and configuration control of Plaintiff's work-managed MacBook. Named provisionally pending discovery.

---

## 7. Devin Baggs

**Title:** Information Technology Support Specialist

**Address:** Western Governors University, 4001 South 700 East, Suite 700, Salt Lake City, Utah 84107

**County:** Salt Lake County

**Description:** IT technician involved in the summer 2025 incident providing technical support to the Plaintiff. Named provisionally pending confirmation of direct actions related to device control or data access.

---

## 8. John Does 1 – 5

**Address:** Unknown (believed to include individuals operating out of Salt Lake County, Utah)

**Description:** Unknown employees, agents, or contractors of Western Governors University or affiliated IT vendors who participated in or implemented the device management, data access, or related actions described in the complaint. Plaintiff reserves the right to amend this list once discovery reveals their identities.

---

## Institutional Notice for Record

During the events described, Plaintiff provided written notice to Western Governors University through official institutional channels, including **legal@wgu.edu**, **privacy@wgu.edu**, **registrar@wgu.edu**, **abuse@wgu.edu**, and **itoperations@wgu.edu**.

These addresses are included here solely to document notice and escalation of the issues described; they are not separate legal entities.

---

**End of Schedule A – Defendants**

**Respectfully submitted,**

**/s/ Aly-Marie Orullian**
Plaintiff, Pro Se
9298 S Mountain Iris Way
West Jordan, UT 84081
alymariestumph@gmail.com
801-574-5587

**Dated: November 10, 2025**