B. What date and approximate time did the events giving rise to your claim(s) occur?

January 2023 – Present.

The conduct giving rise to this complaint began during Plaintiff's enrollment in the Western Governors University Pre-Licensure Nursing Program in or around January 2023 and has continued through November 2025.

During this time, Plaintiff created and submitted extensive original academic and authored materials that later showed signs of unauthorized duplication and redistribution, potentially beginning as early as 2024 and escalating by April 2025.

Confirmed evidence of cross-linked accounts, remote device management, and privacy breaches was identified in April 2025, with a formal data-breach notice sent to Western Governors University on October 9, 2025, and a Department of Education FERPA and privacy complaint filed on October 25, 2025.

Forensic review and agency investigations remain ongoing to determine the full scope and timeline of these violations.it'